Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
## for the
## Central District of California
## Western Division

| | |
|---|---|
| Bruce D Brown | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ✓ Yes ☐ No |
| -v- | |
| Delta Air Lines, Inc.; Unifi Aviation, LLC; Airco Aviation Services, LLC; and DOES 1 through 50 inclusive | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Bruce D Brown |
| Street Address | 5659 W 8th St |
| City and County | Los Angeles, Los Angeles County |
| State and Zip Code | California, 90036 |
| Telephone Number | (310) 270-2675 |
| E-mail Address | brucespann1@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | Delta Air Lines, Inc. |
| Job or Title *(if known)* | |
| Street Address | 1030 Delta Blvd, Dept 982 |
| City and County | Atlanta, Fulton County |
| State and Zip Code | Georgia, 30354 |
| Telephone Number | (800) 221-1212 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Unifi Aviation, LLC |
| Job or Title *(if known)* | |
| Street Address | 950 East Paces Ferry Rd NE, Suite 2000 |
| City and County | Atlanta, Fulton County |
| State and Zip Code | Georgia, 30326 |
| Telephone Number | (404) 715-4300 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Airco Aviation Services, LLC |
| Job or Title *(if known)* | |
| Street Address | 950 East Paces Ferry Rd NE, Suite 2000 |
| City and County | Atlanta, Fulton County |
| State and Zip Code | Georgia, 30326 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* Bruce D Brown, is a citizen of the State of *(name)* California.

2. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

    The defendant, *(name)* Delta Air Lines, Inc., is incorporated under the laws of the State of *(name)* Delaware, and has its principal place of business in the State of *(name)* Georgia.

    Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Plaintiff has suffered and continues to suffer economic damages, including but not limited to, past and future medical expenses, loss of earnings and earning capacity.; and non-economic damages, including but not limited to physical/mental pain and suffering, loss of enjoyment of life, disfigurement, physical impairment, inconvenience, grief, anxiety, humiliation and emotional distress in excess of $75,000.00.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)*  11/05/2022  , at *(place)*  6000 N Terminal Pkwy Suite 4000, Atlanta, GA 30320  ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

as Plaintiff disembarked Delta plane DL Flight 504 and went to sit in his designated wheelchair, the Passenger Attendant assigned to Plaintiff and his wheelchair failed to ensure that the wheelchair was locked. As Plaintiff went to sit, the chair moved causing Plaintiff to lose balance and fall all the way to the floor. Defendants, and each of them, owed a duty of care to all reasonably foreseeable people, including Plaintiff, to maintain, inspect, operate, and control their wheelchairs to keep passengers safe. Defendants also had duty to properly hire, train, and supervise their employees and agents to perform their work to keep the wheelchairs and passengers safe.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

creating the dangerous condition and/or failing to take remedial action to correct the dangerous condition and further failed to warn the Plaintiff of the existence of the dangerous condition despite their actual or constructive notice of its existence thereby exposing Plaintiff to an unreasonable risk of harm. Defendants maintained, operated, and provided the wheelchair in question and were negligent in failing to take reasonably proper actions to keep the wheelchair still and safe while Plaintiff was attempting to sit. Further, Defendants failed to warn Plaintiff that the wheels were not locked as he attempted to sit.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Medical Expenses to Date: $299,615.51.
Future Medical Expenses: $1,000,000.00.
Pain, suffering, and inconvenience: $2,000,000.00.
Emotional distress: $2,000,000.00.
Loss of earnings: TBD.
Loss of future earning capacity: TBD.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

### B. For Attorneys

| | | |
|---|---|---|
| Date of signing: | 11/04/2024 | |
| Signature of Attorney | | |
| Printed Name of Attorney | Robert Booker | Arturo Salinas |
| Bar Number | CA State Bar: 232065 | CA State Bar: 134174 |
| Name of Law Firm | The Law Offices of Jacob Emrani, APC | |
| Street Address | 714 W Olympic Blvd, Ste 300 | |
| State and Zip Code | Los Angeles, CA 90015 | |
| Telephone Number | (213) 748-7734 | |
| E-mail Address | eservice@calljacob.com | |

Attachment 1

B. The Defendants

3. The defendant, Unifi Aviation, LLC, is incorporated under the laws of the State of Delaware, and has its principal place of business in the State of Georgia.

4. The defendant, Airco Aviation Services, LLC, is incorporated under the laws of the State of Delaware, and has its principal place of business in the State of Georgia.